IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION

THOMAS V. RYBURN #B0455,        )
                                )
              Plaintiff,        )
                                )
         v.                     )           10 C 7025
                                )
CHRIS CANNON, et al.,           )
                                )
              Defendants.       )

                          MEMORANDUM ORDER

     On October 28, 2010 Stateville Correctional Center ("Stateville") inmate Thomas Ryburn ("Ryburn") filed two actions, respectively assigned Case No. 10 C 7024 and Case No. 10 C 7025. This Court dealt with each of them promptly by a November 2 memorandum order in Case No. 10 C 7025 and a November 3 memorandum in Case No. 10 C 7024. Ryburn has responded with a handwritten communication in each case, so that a follow-up by this Court is in order.

     Nothing in Ryburn's current communication (bearing a handwritten November 4 date, but not received in the Clerk's Office until November 16) calls for reconsideration of what this Court said in its November 2 memorandum order. For the reasons stated there, Ryburn has failed to advance an arguable 42 U.S.C. § 1983 claim, and his current requests for relief are without merit. They are denied.

     Meanwhile Ryburn has not provided, as ordered, a printout covering transactions in his trust fund account for the entire

six-month period ended October 10, 2010, to enable this Court to make the appropriate calculation in accordance with 28 U.S.C. § 1915. That omission must be cured, and Ryburn is again ordered to do so forthwith.

                               _____
                               Milton I. Shadur
                               Senior United States District Judge

Dated:     November 19, 2010